UNITED STATES MORTGAGE & TRUST CO. et al. v. MISSOURI, K. & T. RY. CO. et al. (Circuit Court of Appeals, Eighth Circuit. March 28, 1922.) No. 5769. Appeal from the District Court of the United States for the Eastern District of Missouri. Allen C. Orrick, of St. Louis, Mo., for appellants. C. S. Burg, of Dallas, Tex., and Joseph M. Bryson, Charles W. Bates, Boyle & Priest, Joseph W. Lewis, Charles M. Rice, Edward C. Eliot, George H. Williams, and Frank H. Fisse, all of St. Louis, Mo., for appellees. See, also, 272 Fed. 458.

PER CURIAM. Appeal dismissed, with costs, on motion of appellants.

---

UNITED STATES MORTGAGE & TRUST CO. et al. v. WICHITA FALLS & N. W. RY. CO. et al. (Circuit Court of Appeals, Eighth Circuit. March 28, 1922.) No. 5754. Appeal from the District Court of the United States for the Western District of Oklahoma. Allen C. Orrick, of St. Louis, Mo., for appellants. C. C. Huff, of Dallas, Tex., and C. S. Burg, Joseph M. Bryson, Charles W. Bates, Boyle & Priest, Joseph W. Lewis, Charles M. Rice, Edward C. Eliot, George H. Williams, and Frank H. Fisse, all of St. Louis, Mo., for appellees.

PER CURIAM. Appeal dismissed, with costs, on motion of appellants.

---

VANCE v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. March 16, 1922.) No. 243. In Error to the District Court of the United States for the Southern District of New York. Fred Vance was convicted of possessing property stolen while moving in interstate commerce, and he brings error. Affirmed. R. H. Elder, of New York City (Otho S. Bowling, of New York City, of counsel), for plaintiff in error. William Hayward, U. S. Atty., of New York City (William J. Millard, of New York City, of counsel), for defendant in error. Before HOUGH, MANTON and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.